# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

COPY

VERIFIED IDENTITY PASS, INC., d/b/a CLEAR
REGISTERED TRAVELER,

V.

PRIVA TECHNOLOGIES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08  BZ 1123

TO: (Name and address of defendant)
Jeff Minushkin
CEO & Founder
Priva Technologies, Inc.
875 North Michigan Avenue, Suite 1404
Chicago, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
DOUGLAS L. HENDRICKS
DHendricks@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 25

Richard W. Wieking
CLERK

Helen L. Almacen

(BY) DEPUTY CLERK

DATE _____

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| Name of SERVER | TITLE |

| | Check one box below to indicate appropriate method of service |
|---|---|
| ☐ | Served Personally upon the Defendant. Place where served: |
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ | Returned unexecuted: |
| ☐ | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                                Signature of Server

                                                      _____
                                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com