ORIGINAL

1  DOUGLAS L. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  ROSEMARY S. TARLTON (CA SBN 154675)
   BRIAN L. LEVINE (CA SBN 246726)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Plaintiff
   VERIFIED IDENTITY PASS, INC., D/B/A CLEAR
7  REGISTERED TRAVELER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER,<br><br>  Plaintiff,<br><br>  v.<br><br>PRIVA TECHNOLOGIES, INC.,<br><br>  Defendant. | Case No.  CV 08 1123<br><br>**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>[N.D. CAL. LOCAL RULE 3-16] |

DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS    2

pa-1236824

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

4  Dated: February 25, 2008

DOUGLAS L. HENDRICKS
ROSEMARY S. TARLTON
BRIAN L. LEVINE
MORRISON & FOERSTER LLP

By: /s/ Douglas L. Hendricks
Douglas L. Hendricks

Attorneys for Plaintiff
VERIFIED IDENTITY PASS, INC.,
D/B/A CLEAR REGISTERED
TRAVELER

DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS    2
pa-1236824