DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
ROSEMARY S. TARLTON (CA SBN 154675)
BRIAN L. LEVINE (CA SBN 246726)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
VERIFIED IDENTITY PASS, INC., D/B/A/ CLEAR REGISTERED TRAVELER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| VERIFIED IDENTITY PASS, INC., d/b/a/ CLEAR REGISTERED TRAVELER,,<br><br>Plaintiff,<br><br>v.<br><br>PRIVA TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.   CV 08 1123 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 3, 2008

DOUGLAS L. HENDRICKS
ROSEMARY S. TARLTON
BRIAN L. LEVINE
MORRISON & FOERSTER LLP

By:   s/ Douglas L. Hendricks
       Douglas L. Hendricks

Attorneys for Plaintiff
VERIFIED IDENTITY PASS, INC.,
D/B/A/ CLEAR REGISTERED TRAVELER

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A US DISTRICT JUDGE
pa-1237145

1