Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:     415-591-1400

Attorneys for Plaintiff
PRIVA TECHNOLOGIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER, <br><br> Plaintiff and Counter-Defendant, <br><br> vs. <br><br> PRIVA TECHNOLOGIES, INC., <br><br> Defendant and Counter-Claimant. | Case No. CV-08-1123 JW <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Jeffrey Minushkin

- Maverick Fund USA, Ltd., a Texas limited partnership ("Maverick USA"), Maverick Fund, L.D.C., a Cayman Island limited duration corporation ("Maverick L.D.C."), and Maverick Fund II, Ltd., a Cayman Islands limited duration corporation

1

**Certification of Interested Entities or Persons – Demand for Jury Trial**
Case No. CV-08-1123 JW

SF:203902.3

("Maverick Fund II"). (Maverick USA, Maverick L.D.C., and Maverick Fund II are collectively referred to as "Maverick Fund"). Maverick Fund has its principal place of business in Dallas, Texas.

Dated: April 28, 2008         WINSTON & STRAWN LLP


By:   /s/ K. Joon Oh
      Andrew P. Bridges
      Jennifer A. Golinveaux
      K. Joon Oh
      Attorneys for Plaintiff
      PRIVA TECHNOLOGIES, INC.

SF:203902.3