1  DOUGLAS H. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  ROSEMARY S. TARLTON (CA SBN 154675)
   BRIAN L. LEVINE (CA SBN 246726)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:   (415) 268-7522

6  Attorneys for Plaintiff and Counter-Defendant
   VERIFIED IDENTITY PASS, INC., d/b/a CLEAR
7  REGISTERED TRAVELER

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| 12  VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER,<br>13<br>                    Plaintiff,<br>14<br>        v.<br>15<br>   PRIVA TECHNOLOGIES, INC.,<br>16<br>                    Defendant.<br>17 | Case No.   CV-08-1123 JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| 18  PRIVA TECHNOLOGIES, INC.,<br>19<br>                    Counterclaimant,<br>20<br>        v.<br>21<br>   VERIFIED IDENTITY PASS,INC., d/b/a CLEAR REGISTERED TRAVELER,<br>22<br>23                    Counter-Defendant. | |

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE,
Case No. CV-08-1123 JW
pa-1255465

1

1          Pursuant to Civil Local Rule 6-2, plaintiff Verified Identity Pass, Inc. d/b/a Clear
2   Registered Traveler and defendant Priva Technologies, Inc. (collectively "the Parties") hereby
3   jointly submit this stipulation to reset case management conference and related deadlines, so that
4   the parties may continue to focus on settlement efforts.
5          WHEREAS, the Court has set a date for a case management conference, as well as for
6   filing an ADR certificate, case management conference statement, and initial disclosures; and
7          WHEREAS, the Parties are engaging in good faith efforts to resolve this matter outside of
8   Court and wish to focus their attention on such effort; and
9          WHEREAS, there have been no previous time modifications in the case;
10         IT IS HEREBY STIPULATED AND AGREED that the deadlines set by the Court shall
11  be modified as follows:
12         (1) Pursuant to Federal Rule of Civil Procedure 26(f), ADR L.R. 3-5, and Civil L.R. 16-8,
13  the Parties shall meet and confer regarding initial disclosures, early settlement, ADR process
14  selection, and discovery plan, and shall filed a Joint ADR Certification with Stipulation to ADR
15  Process or Notice of Need for ADR Phone Conference on or before **July 8, 2008**;
16         (2) Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Civil L.R. 16-9, the Parties
17  shall file a Rule 26(f) Report, and file Case Management Statement on or before **July 21, 2008**;
18         (3) Pursuant to Federal Rule of Civil Procedure 26(a)(1), the parties shall complete initial
19  disclosures or state objection in Rule 26(f) Report on or before **July 24, 2008**;
20         (4) Pursuant to Civil Local Rule 16-10, the Case Management Conference, previously
21  scheduled on June 9, 2008, shall be reset to **August 4, 2008** at _____, or such time thereafter
22  as convenient for the Court.

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE,
Case No. CV-08-1123 JW
pa-1255465

2

| | |
|---|---|
| Dated: May 16, 2008 | DOUGLAS L. HENDRICKS<br>ROSEMARY S. TARLTON<br>BRIAN L. LEVINE<br>MORRISON & FOERSTER LLP |
| | By:   /s/ Brian L. Levine<br>      Brian L. Levine<br>      Attorneys for Plaintiff and Counter-Defendant<br>      VERIFIED IDENTITY PASS, INC., d/b/a/<br>      CLEAR REGISTERED TRAVELER |
| Dated: May 16, 2008 | WINSTON & STRAWN LLP |
| | By:   /s/ Jennifer A. Golinveaux<br>      Andrew P. Bridges<br>      Jennifer A. Golinveaux<br>      K. Joon Oh<br>      Attorneys for Defendant and Counterclaimant<br>      PRIVA TECHNOLOGIES, INC. |

In compliance with General Order 45, X.B., I hereby attest that Jennifer A. Golinveaux has concurred in this filing.

\*      \*      \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May ___, 2008

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE