1  DOUGLAS H. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  ROSEMARY S. TARLTON (CA SBN 154675)
   BRIAN L. LEVINE (CA SBN 246726)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:   (415) 268-7522

6  Attorneys for Plaintiff and Counter-Defendant
   VERIFIED IDENTITY PASS, INC., d/b/a CLEAR
7  REGISTERED TRAVELER

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  VERIFIED IDENTITY PASS, INC., d/b/a          Case No.    CV-08-1123 JW
    CLEAR REGISTERED TRAVELER,
13                                               **STIPULATION AND [PROPOSED]
                   Plaintiff,                    ORDER EXTENDING TIME TO
14                                               ANSWER COUNTERCLAIMS**
          v.
15
    PRIVA TECHNOLOGIES, INC.,
16
                   Defendant.
17

18  PRIVA TECHNOLOGIES, INC.,

19                 Counterclaimant,

20        v.

21  VERIFIED IDENTITY PASS, INC., d/b/a
    CLEAR REGISTERED TRAVELER,
22
                   Counter-Defendant.
23

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-2, plaintiff Verified Identity Pass, Inc. d/b/a Clear

2 Registered Traveler ("Verified") and defendant Priva Technologies, Inc. ("Priva") hereby jointly

3 submit this stipulation to extend Verified's time to respond to Priva's counterclaims.

4    WHEREAS, pursuant to Federal Rule of Procedure Rule 12(a)(1)(B), Verified's answer to

5 Priva's counterclaims is presently due on May 22, 2008; and

6    WHEREAS, Verified's principals are presently out of the country and lack access to

7 records which are necessary to file an Answer to Priva's counterclaims; and

8    WHEREAS, there have been no previous time modifications in the case, although on

9 May 16, 2008 the parties filed a mutual stipulation and proposed order to extend certain

10 deadlines;

11    IT IS HEREBY STIPULATED AND AGREED that Verified shall have until June 6,

12 2008, to file its Answer to Priva's counterclaims.

13

14 Dated: May 19, 2008                  DOUGLAS L. HENDRICKS
                                        ROSEMARY S. TARLTON
15                                      BRIAN L. LEVINE
                                        MORRISON & FOERSTER LLP

16

17                                      By:    /s/ Brian L. Levine
                                               Brian L. Levine
18                                             Attorneys for Plaintiff  and Counter-Defendant
                                               VERIFIED IDENTITY PASS, INC., d/b/a/
19                                             CLEAR REGISTERED TRAVELER

20

21

22

23

24

25

26

27

28

1    Dated: May 19, 2008                     WINSTON & STRAWN LLP

2

3                                            By:    /s/ Jennifer A. Golinveaux
                                                    Andrew P. Bridges
4                                                   Jennifer A. Golinveaux
                                                    K. Joon Oh
5                                                   Attorneys for Defendant and Counterclaimant
                                                    PRIVA TECHNOLOGIES, INC.
6

7

8           In compliance with General Order 45, X.B., I hereby attest that Jennifer A. Golinveaux

9    has concurred in this filing.

10                                           *        *        *

11          PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13

14

15   Dated: May ___, 2008                    _____
                                                           JAMES WARE
16                                                    U.S. DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28