DOUGLAS H. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
ROSEMARY S. TARLTON (CA SBN 154675)
BRIAN L. LEVINE (CA SBN 246726)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

Attorneys for Plaintiff and Counter-Defendant
VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER,<br><br>                    Plaintiff,<br><br>    v.<br><br>PRIVA TECHNOLOGIES, INC.,<br><br>                    Defendant. | Case No.   CV-08-1123 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COUNTERCLAIMS** |
| PRIVA TECHNOLOGIES, INC.,<br><br>                    Counterclaimant,<br><br>    v.<br><br>VERIFIED IDENTITY PASS,INC., d/b/a CLEAR REGISTERED TRAVELER,<br><br>                    Counter-Defendant. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COUNTERCLAIMS,
Case No. CV-08-1123 JW
pa-1256361

1    Pursuant to Civil Local Rule 6-2, plaintiff Verified Identity Pass, Inc. d/b/a Clear Registered Traveler ("Verified") and defendant Priva Technologies, Inc. ("Priva") hereby jointly submit this stipulation to extend Verified's time to respond to Priva's counterclaims.

WHEREAS, pursuant to Federal Rule of Procedure Rule 12(a)(1)(B), Verified's answer to Priva's counterclaims is presently due on May 22, 2008; and

WHEREAS, Verified's principals are presently out of the country and lack access to records which are necessary to file an Answer to Priva's counterclaims; and

WHEREAS, there have been no previous time modifications in the case, although on May 16, 2008 the parties filed a mutual stipulation and proposed order to extend certain deadlines;

IT IS HEREBY STIPULATED AND AGREED that Verified shall have until June 6, 2008, to file its Answer to Priva's counterclaims.

Dated: May 19, 2008

DOUGLAS L. HENDRICKS
ROSEMARY S. TARLTON
BRIAN L. LEVINE
MORRISON & FOERSTER LLP

By: /s/ Brian L. Levine
    Brian L. Levine
Attorneys for Plaintiff and Counter-Defendant
VERIFIED IDENTITY PASS, INC., d/b/a/
CLEAR REGISTERED TRAVELER

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COUNTERCLAIMS,
Case No. CV-08-1123 JW
pa-1256361

1

1  Dated: May 19, 2008                WINSTON & STRAWN LLP

3                                     By:   /s/ Jennifer A. Golinveaux
                                            Andrew P. Bridges
4                                           Jennifer A. Golinveaux
                                            K. Joon Oh
5                                           Attorneys for Defendant and Counterclaimant
                                            PRIVA TECHNOLOGIES, INC.

8      In compliance with General Order 45, X.B., I hereby attest that Jennifer A. Golinveaux has concurred in this filing.

10                              *     *     *

11  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15  Dated: May _21_, 2008          _____
                                    JAMES WARE
16                                  U.S. DISTRICT COURT JUDGE

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COUNTERCLAIMS,
Case No. CV-08-1123 JW
pa-1256361

2