1  DOUGLAS H. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  ROSEMARY S. TARLTON (CA SBN 154675)
   BRIAN L. LEVINE (CA SBN 246726)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:  (415) 268-7522

6  Attorneys for Plaintiff and Counter-Defendant
   VERIFIED IDENTITY PASS, INC., d/b/a CLEAR
7  REGISTERED TRAVELER

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER,<br><br>                    Plaintiff,<br><br>        v.<br><br>PRIVA TECHNOLOGIES, INC.,<br><br>                    Defendant. | Case No.   CV-08-1123 JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| PRIVA TECHNOLOGIES, INC.,<br><br>                    Counterclaimant,<br><br>        v.<br><br>VERIFIED IDENTITY PASS,INC., d/b/a CLEAR REGISTERED TRAVELER,<br><br>                    Counter-Defendant. | |

1   Pursuant to Civil Local Rule 6-2, plaintiff Verified Identity Pass, Inc. d/b/a Clear
2   Registered Traveler and defendant Priva Technologies, Inc. (collectively "the Parties") hereby
3   jointly submit this stipulation to reset case management conference and related deadlines, so that
4   the parties may continue to focus on settlement efforts.

5   WHEREAS, the Court has set a date for a case management conference, as well as for
6   filing an ADR certificate, case management conference statement, and initial disclosures; and

7   WHEREAS, the Parties are engaging in good faith efforts to resolve this matter outside of
8   Court and wish to focus their attention on such effort; and

9   WHEREAS, there have been no previous time modifications in the case;

10  IT IS HEREBY STIPULATED AND AGREED that the deadlines set by the Court shall
11  be modified as follows:

12  (1) Pursuant to Federal Rule of Civil Procedure 26(f), ADR L.R. 3-5, and Civil L.R. 16-8,
13  the Parties shall meet and confer regarding initial disclosures, early settlement, ADR process
14  selection, and discovery plan, and shall filed a Joint ADR Certification with Stipulation to ADR
15  Process or Notice of Need for ADR Phone Conference on or before **July 8, 2008**;

16  (2) Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Civil L.R. 16-9, the Parties
17  shall file a Rule 26(f) Report, and file Case Management Statement on or before **August 29, 2008**;

18  (3) Pursuant to Federal Rule of Civil Procedure 26(a)(1), the parties shall complete initial
19  disclosures or state objection in Rule 26(f) Report on or before **July 24, 2008**;

20  (4) Pursuant to Civil Local Rule 16-10, the Case Management Conference, previously
21  schedueld for June 9, 2008 is continued to **September 8, 2008 at 10 a.m.** to accommodate the
22  parties' settlement efforts.

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE,
Case No. CV-08-1123 JW
pa-1255465

2

Dated: May 16, 2008

DOUGLAS L. HENDRICKS
ROSEMARY S. TARLTON
BRIAN L. LEVINE
MORRISON & FOERSTER LLP

By:   /s/ Brian L. Levine
       Brian L. Levine
       Attorneys for Plaintiff and Counter-Defendant
       VERIFIED IDENTITY PASS, INC., d/b/a/
       CLEAR REGISTERED TRAVELER

Dated: May 16, 2008

WINSTON & STRAWN LLP

By:   /s/ Jennifer A. Golinveaux
       Andrew P. Bridges
       Jennifer A. Golinveaux
       K. Joon Oh
       Attorneys for Defendant and Counterclaimant
       PRIVA TECHNOLOGIES, INC.

In compliance with General Order 45, X.B., I hereby attest that Jennifer A. Golinveaux has concurred in this filing.

*       *       *

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

Dated: June 2, 2008

JAMES WARE
UNITED STATES DISTRICT JUDGE
STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE,
Case No. CV-08-1123 JW
pa-1255465

3