Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:     415-591-1400

Attorneys for Defendant and Counterclaimant
PRIVA TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER,<br><br>           Plaintiff,<br><br>     vs.<br><br>PRIVA TECHNOLOGIES, INC.,<br><br>           Defendant.<br>_____<br>PRIVA TECHNOLOGIES, INC.,<br><br>           Counter-Claimant,<br><br>     vs.<br><br>VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER,<br><br>           Counter-Defendant. | Case No. CV-08-1123 JW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

////

1
ADR Certification
Case No. 08-CV-1123 JW

SF:210515.1

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

2.   1.   Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov . (Limited printed copies are available from the clerk's office for parties in cases not subject to the Court's Electronic Case Filing program (ECF) under General Order 45);

2.   Discussed the available dispute resolution options provided by the Court and private entities; and

3.   Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 7, 2008

PRIVA TECHNOLOGIES, INC.

_____
Mark M. Heatwole
Executive Vice-President

Dated: July 7, 2008

WINSTON & STRAWN LLP

_____
Andrew P. Bridges
Jennifer A. Golinveaux
K. Joon Oh
Attorneys for Defendant and Counterclaimant
PRIVA TECHNOLOGIES, INC.