Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: )
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400

Attorneys for Defendant
PRIVA TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVA TECHNOLOGIES, INC.<br><br>Defendant. | Case No. CV-08-1123 JW<br><br>**CERTIFICATE OF SERVICE** |

////
////
////
////
////

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5894. On July 8, 2008, I served the following document:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

| | |
|---|---|
| ☐ | By placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, CA addressed as set forth below. |
| ☐ | By sending the document(s) listed above to the person(s) at the addresses set forth below via Federal Express overnight courier. |
| ☐ | By electronically mailing a true and correct copy of the document(s) listed above to the person(s) listed below through Winston & Strawn LLP's electronic mail system at the e-mail address set forth below. |
| ☐ | By sending the document(s) listed above to the person(s) listed and addresses set forth below via Messenger Services. |
| ☒ | By the Court's ECF electronic mailing system. |

Douglas L. Hendricks
Brian Lawrence Levine
Rosemary Shea Tarlton
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Phone: 415-268-7000
Fax: 415-268-7522

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on July 8, 2008 at San Francisco, California.

WINSTON & STRAWN LLP

By:  /s/ Ginny Hirsch Ebert
         Ginny Hirsch Ebert

SF:210622.1