1  DOUGLAS H. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  ROSEMARY S. TARLTON (CA SBN 154675)
   BRIAN L. LEVINE (CA SBN 246726)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:   (415) 268-7522

6  Attorneys for Plaintiff and Counter-Defendant
   VERIFIED IDENTITY PASS, INC.,
7  D/B/A CLEAR REGISTERED TRAVELER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER, | |
|---|---|
| Plaintiff, | Case No. CV-08-1123 JW |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| PRIVA TECHNOLOGIES, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

ADR CERTIFICATION BY PARTIES AND COUNSEL, Case No. CV-08-1123 JW

PA 1267559

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1)  Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2)  Discussed the available dispute resolution options provided by the Court and private entities; and

(3)  Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 8, 2008                                   Verified Identity Pass, Inc.
                                                                       d//b/a CLEAR REGISTERED TRAVELER


                                                                       /s/ Cynthia Brill
                                                                       General Counsel

Dated: July 8, 2008                                   MORRISON & FOERSTER LLP


                                                                       /s/ Brian L. Levine
                                                                       Brian L. Levine
                                                                       Attorneys for Plaintiff & Counter-Defendant

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this **ADR CERTIFICATION BY PARTIES AND COUNSEL**.  In compliance with General Order 45, X.B., I hereby attest that Cynthia Brill has concurred in this filing.

Dated: July 8, 2008                                   MORRISON & FOERSTER LLP


                                              By:    /s/ Brian L. Levine
                                                        Brian L. Levine
                                                        Attorney for Plaintiff & Counter-Defendant
                                                        Verified Identity Pass, Inc.
                                                        d//b/a CLEAR REGISTERED TRAVELER

ADR CERTIFICATION BY PARTIES AND COUNSEL, Case No. CV-08-1123 JW                    1

PA 1267559