UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIFIED IDENTITY PASS, INC., d/b/a<br>CLEAR REGISTERED TRAVELER,<br><br>            Plaintiff,<br><br>    v.<br><br>PRIVA TECHNOLOGIES, INC.,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.   CV-08-1123 JW<br><br>**STIPULATION AND<br>[PROPOSED] ORDER<br>SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☒    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5).*

**Private Process:**
☐    Private ADR (*please identify process and provider*)

The parties agree to hold the ADR session by:

☒    the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)
☐    other requested deadline _____


Dated:   July 8, 2008             /s/ Brian L. Levine_____
                                  Attorney for Plaintiff and Counter Defendant

Dated:   July 8, 2008             /s/ K. Joon Oh_____
                                  Attorney for Defendant and Counterclaimant

      I, Brian L. Levine, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS. In compliance with General Order 45, X.B., I hereby attest that K. Joon Oh has concurred on this filing.

DATED: July 8, 2008                       MORRISON & FOERSTER LLP

                                                By:  /s/ Brian L. Levine
                                                       Brian L. Levine

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: July 10, 2008                          /s/ James Ware
                                                JAMES WARE
                                    UNITED STATES DISTRICT JUDGE