# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Verified Identity Pass, Inc.,<br><br>    Plaintiff(s),<br><br>v.<br><br>Priva Technologies, Inc.,<br><br>    Defendant(s). | 08-01123 JW ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Samuel R. Miller**
Sidley Austin
555 California St., Suite 2000
San Francisco, CA 94104
415-772-1200

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-01123 JW ENE                          - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: July 21, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
[Alice_Fiel@cand.uscourts.gov](mailto:Alice_Fiel@cand.uscourts.gov)

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-01123 JW ENE                              - 2 -