# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Verified Identity Pass, Inc.,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Priva Technologies, Inc.,<br><br>        Defendant(s). | 08-01123 JW ENE<br><br>**Notice Vacating Appointment of Evaluator** |

TO COUNSEL OF RECORD:

    The appointment of Samuel R. Miller to serve as the Evaluator in this matter is vacated. The ADR Unit will appoint another Evaluator to this matter as soon as possible.

Dated: August 19, 2008

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Alice M. Fiel

                                        ADR Case Administrator
                                        415-522-3148
                                        Alice_Fiel@cand.uscourts.gov

---

**Notice Vacating Appointment of Evaluator**
08-01123 JW MED                                    - 1 -