# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Verified Identity Pass, Inc., <br><br>              Plaintiff(s), <br><br>  v. <br><br> Priva Technologies, Inc., <br><br>              Defendant(s). | 08-01123 JW ENE <br><br> **Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

>**Richard J. Collier**
>Cooper, White & Cooper, LLP
>201 California St., 17th Fl.
>San Francisco, CA 94111-3013
>415-433-1900
>rcollier@cwclaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-01123 JW ENE                       - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: August 22, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
08-01123 JW ENE                    - 2 -