1  DOUGLAS H. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  ROSEMARY S. TARLTON (CA SBN 154675)
   BRIAN L. LEVINE (CA SBN 246726)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:   (415) 268-7522

6  Attorneys for Plaintiff and Counter-Defendant
   VERIFIED IDENTITY PASS, INC.,
7  D/B/A CLEAR REGISTERED TRAVELER

8  ANDREW P. BRIDGES (SBN: 122761)
   abridges@winston.com
9  JENNIFER A. GOLINVEAUX (SBN: 203056)
   jgolinveaux@winston.com
10 K. JOON OH (SBN: 246142)
   koh@winston.com
11 WINSTON & STRAWN LLP
   101 California Street
12 San Francisco, CA  94111-5894
   Telephone:    415-591-1000
13 Facsimile:    415-591-1400

14 Attorneys for Defendant and Counterclaimant
   PRIVA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER,<br><br>          Plaintiff and Counter-Defendant,<br><br>     v.<br><br>PRIVA TECHNOLOGIES, INC.,<br><br>          Defendant and Counterclaimant. | Case No. CV-08-1123 JW<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING REFERAL TO EARLY NEUTRAL EVALUATION**<br><br>The Honorable James Ware |

STIPULATION AND [PROPOSED] ORDER VACATING REFERAL TO EARLY NEUTRAL EVALUATION, Case No. CV-08-1123 JW

Pursuant to Civil Local Rule 6-2, plaintiff and counter-defendant Verified Identity Pass, Inc. d/b/a Clear Registered Traveler and defendant and counterclaimant Priva Technologies, Inc. (collectively "the Parties") hereby jointly submit this stipulation as follows:

WHEREAS, pursuant to the Parties' stipulation, on July 10, 2008, the Court referred this matter to court-sponsored early neutral evaluation ("ENE"), to be completed by October 8, 2008;

WHEREAS, since that time, the Parties have agreed that instead of court-sponsored ENE, they would participate in a private ENE and mediation conducted by Peter Harvey, and have scheduled this private ENE and mediation for November 6, 2008, with Peter Harvey;

THEREFORE IT IS HEREBY STIPULATED AND AGREED that the Court shall vacate its July 10, 2008 Order referring this matter to court-sponsored ENE and order the Parties to private ENE and mediation with Peter Harvey on November 6, 2008.

Dated: September 22, 2008   DOUGLAS L. HENDRICKS
                            ROSEMARY S. TARLTON
                            BRIAN L. LEVINE
                            MORRISON & FOERSTER LLP


                            By:   /s/ Brian L. Levine
                                  Brian L. Levine
                                  Attorneys for Plaintiff and Counter-Defendant
                                  VERIFIED IDENTITY PASS, INC., d/b/a/
                                  CLEAR REGISTERED TRAVELER

Dated: September 22, 2008   WINSTON & STRAWN LLP


                            By:   /s/ K. Joon Oh
                                  Andrew P. Bridges
                                  Jennifer A. Golinveaux
                                  K. Joon Oh
                                  Attorneys for Defendant and Counterclaimant
                                  PRIVA TECHNOLOGIES, INC.

In compliance with General Order 45, X.B., I hereby attest that K. Joon Oh has concurred in this filing.

\*   \*   \*

STIPULATION AND [PROPOSED] ORDER VACATING REFERAL TO EARLY NEUTRAL EVALUATION, Case No. CV-08-1123 JW

1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 25, 2008

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER VACATING REFERAL TO EARLY NEUTRAL
EVALUATION, Case No. CV-08-1123 JW

2