DOUGLAS H. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
ROSEMARY S. TARLTON (CA SBN 154675)
ETarlton@mofo.com
BRIAN L. LEVINE (CA SBN 246726)
BLevine@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and Counter-Defendant
VERIFIED IDENTITY PASS, INC., D/B/A CLEAR
REGISTERED TRAVELER

ANDREW P. BRIDGES (SBN: 122761)
abridges@winston.com
JENNIFER A. GOLINVEAUX (SBN: 203056)
jgolinveaux@winston.com
K. JOON OH (SBN: 246142)
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendant and Counterclaimant
PRIVA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>PRIVA TECHNOLOGIES, INC.,<br><br>Defendant and Counterclaimant. | Case No. CV-08-1123 JW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE,
Case No. CV-08-1123 JW
pa-1318308

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c) and in consideration of a Settlement Agreement entered into by the parties on February 27, 2009, Plaintiff Verified Identity Pass and Defendant Priva Technologies each hereby stipulates to the dismissal of this action without prejudice, including all claims and counterclaims that the parties have asserted against each other. The parties further stipulate, and request that the Court orders, that the Court retain jurisdiction over the case for the purposes of enforcing, or adjudicating disputes arising from, the parties' settlement agreement. Each party is to bear its own costs and fees.

Dated: March 4, 2009

DOUGLAS L. HENDRICKS
ROSEMARY S. TARLTON
BRIAN L. LEVINE
MORRISON & FOERSTER LLP

By: /s/ Brian L. Levine
    Brian L. Levine
Attorneys for Plaintiff and Counter-Defendant,
VERIFIED IDENTITY PASS, INC., d/b/a CLEAR REGISTERED TRAVELER

Dated: March 4, 2009

WINSTON & STRAWN LLP

By: /s/ K. Joon Oh
    Andrew P. Bridges
    Jennifer A. Golinveaux
    K. Joon Oh
Attorneys for Defendant and Counterclaimant
PRIVA TECHNOLOGIES, INC.

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the parties have concurred in this filing.

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: March 11, 2009

JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE,
Case No. CV-08-1123 JW
pa-1318308

1